UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES F. HUGHES ET AL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 08-3571 |
| | * | |
| WASHINGTON MUTUAL, INC ET AL | * | SECTION "L" (1) |

## ORDER

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed and a copy be delivered to chambers eight days prior to the date set for hearing on the motion. No memorandum in opposition to the Motion for Summary Judgment filed by Federal Deposit Insurance Corporation, Deutsche Bank National Trust Company (Rec. Doc. No. 13), set for hearing on July 8, 2009, has been timely submitted by the Plaintiffs.

Accordingly, this motion is deemed to be unopposed, and furthermore, it appearing to the Court that the motion is grounded in law and fact, IT IS ORDERED that Motion for Summary Judgment filed by Federal Deposit Insurance Corporation, Deutsche Bank National Trust Company is GRANTED and the Plaintiffs' claims are DISMISSED with prejudice.

New Orleans, Louisiana, this 8th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE